WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS10*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QS10,<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE HARBOR PLACE TRUST, an entity of unknown origin; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation;<br>Defendants. | Case No.: 2:16-cv-02840-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF, DEUTSCHE BANK TO RESPOND TO PARADISE HARBOR PLACE TRUST'S RENEWED MOTION TO DISMISS [ECF NO. 39]** |

COMES NOW, Plaintiff, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS10, (hereinafter "Plaintiff" or "Deutsche Bank"), by and through its attorneys of record, Christina V. Miller, Esq., and Joseph A. Dragon, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Paradise Harbor Place Trust (hereinafter "Paradise"), by and through its counsel of record, Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq. of the Law Offices of Michael F. Bohn, Esq., Ltd., and  hereby stipulate and agree as follows:

WHEREAS on November 1, 2018, Paradise Harbor Place Trust filed a Renewed Motion to

Dismiss [ECF No. 39].

WHEREAS the deadline for Deutsche Bank to file a response to the Motion to Dismiss is currently set for November 15, 2018.

WHEREAS the parties may seek to settle this matter but are waiting for a evidence which will be disclosed by a third-party on or before December 6, 2018.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiff to file a response to Defendant Paradise Harbor Place Trust's Renewed Motion to Dismiss [ECF No. 39], currently set for November 15, 2018 should be extended to December 11, 2018.

DATED this 15$^h$ day of November, 2018.   DATED this 15th day of November, 2018

**WRIGHT, FINLAY & ZAK, LLP**  **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

*/s/ Joseph A. Dragon, Esq.*   */s/ Adam R. Trippiedi, Esq.*
CHRISTINA V. MILLER ESQ.   MICHAEL F. BOHN, ESQ.
Nevada Bar No. 12448   Nevada Bar No. 1641
E-Mail: cmiller@wrightlegal.net   E-Mail: mbohn@bohnlawfirm.com
JOSEPH A. DRAGON, ESQ.   ADAM R. TRIPPIEDI, ESQ..
Nevada Bar No. 13682   Nevada Bar No. 12294
E-Mail: jdragon@wrightlegal.net   E-Mail: atrippiedi@bohnlawfirm.com
7785 W. Sahara Ave., Suite 200   376 East Warm Springs Road, Suite 140
Las Vegas, Nevada 89117   Las Vegas, NV 89119
*Attorneys For: Plaintiff, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS10*   *Attorneys for Defendant, Paradise Harbor Place Trust*

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: November 19, 2018.