# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>  Plaintiff(s),<br><br>v.<br><br>PARADISE HARBOR PLACE TRUST, et al.,<br><br>  Defendant(s). | Case No.: 2:16-cv-02840-RFB-NJK<br><br>**Order**<br><br>[Docket No. 42] |

Plaintiff filed a notice of that documents are available. Docket No. 42. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: November 30, 2018

  Nancy J. Koppe
  United States Magistrate Judge