WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS10*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QS10,<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE HARBOR PLACE TRUST, an entity of unknown origin; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation;<br>Defendants. | Case No.: 2:16-cv-02840-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF, DEUTSCHE BANK TO RESPOND TO PARADISE HARBOR PLACE TRUST'S RENEWED MOTION TO DISMISS [ECF NO. 39]** |

COMES NOW, Plaintiff, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS10, (hereinafter "Plaintiff" or "Deutsche Bank"), by and through its attorneys of record, Christina V. Miller, Esq., and Joseph A. Dragon, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Paradise Harbor Place Trust (hereinafter "Paradise"), by and through its counsel of record, Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq. of the Law Offices of Michael F. Bohn, Esq., Ltd., and hereby stipulate and agree as follows:

WHEREAS on November 1, 2018, Paradise Harbor Place Trust filed a Renewed Motion to

1  Dismiss [ECF No. 39].

2  　　　WHEREAS the deadline for Deutsche Bank to file a response to the Motion to Dismiss is

3  currently set for December 11, 2018. [ECF No. 41].

4  　　　WHEREAS the parties are currently in settlement discussions and reasonably expect that this

5  matter will be settled by December 31, 2018.

6  　　　WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the

7  deadline for Plaintiff to file a response to Defendant Paradise Harbor Place Trust's Renewed Motion to

8  Dismiss [ECF No. 39], currently set for December 11, 2018 should be extended to **December 31, 2018**.

9  　　　DATED this 11th day of December, 2018.　　　DATED this 11th day of December, 2018.

| **WRIGHT, FINLAY & ZAK, LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/ Joseph A. Dragon, Esq.* | */s/ Adam R. Trippiedi, Esq.* |
| CHRISTINA V. MILLER ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 12448 | Nevada Bar No. 1641 |
| E-Mail: cmiller@wrightlegal.net | E-Mail: mbohn@bohnlawfirm.com |
| JOSEPH A. DRAGON, ESQ. | ADAM R. TRIPPIEDI, ESQ.. |
| Nevada Bar No. 13682 | Nevada Bar No. 12294 |
| E-Mail: jdragon@wrightlegal.net | E-Mail: atrippiedi@bohnlawfirm.com |
| 7785 W. Sahara Ave., Suite 200 | 2260 Corporate Circle, Suite 480 |
| Las Vegas, Nevada 89117 | Henderson, Nevada 89074 |
| *Attorneys For: Plaintiff, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS10* | *Attorneys for Defendant, Paradise Harbor Place Trust* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of December, 2018.